# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30903
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BENSON WATTA WANAMBISI, also known as Johnstone Webi, also known as African,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:93-CR-30045-1

Before STEWART, Chief Judge, and SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

Benson Watta Wanambisi, federal prisoner # 04013-265, was sentenced to 300 months in prison for conspiracy to import heroin. On July 22, 2013, Wanambisi filed a motion for relief from final judgment or for other extraordinary relief purportedly pursuant to Federal Rule of Civil Procedure

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30903

60(b) seeking to reduce his sentence based on *Alleyne v. United States*, 133 S. Ct. 2151 (2013). The district court denied the motion, and Wanambisi appeals.

Under any construction given to it, Wanambisi's motion was an unauthorized motion that the district court was without jurisdiction to consider. *See In re Sepulvado*, 707 F.3d 550, 556 (5th Cir.), *cert. denied*, 134 S. Ct. 420 (2013); *United States v. Bridges*, 116 F.3d 1110, 1112-13 (5th Cir. 1997); *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). The judgment of the district court is AFFIRMED.